```
                DISTRICT COURT OF THE VIRGIN ISLANDS
                DIVISION OF ST. THOMAS AND ST. JOHN
```

NATIVE SON, INC.,                          )
                                           )
        Plaintiff,                       )
                                           )
        v.                               )   Civil No. 2012-93
                                           )
OME SALES, LLC; DELTA EQUIPMENT            )
INTERNATIONAL SALES CORP.; OCEAN           )
MARINE ENGINES, LLC; DELTA PERFORMANCE     )
MARINE, LLC; and GREG H. SLAYTON,          )
                                           )
        Defendants.                      )
                                           )

ATTORNEYS:

**George M. Miller, Esq.**
George Marshall Miller, Esq. & Associates
St. Thomas, VI
    *For the plaintiff,*

**Greg H. Slayton**
Jacksonville, FL
    *Pro se defendant,*

**Ome Sales, LLC**
**Delta Equipment International Sales Corp.**
**Ocean Marine Engines, LLC**
**Delta Performance Marine, LLC**
    *Unrepresented entities.*

## ORDER

**GÓMEZ, J.**

    Before the Court is docket entry 38, entitled "Motion to Strike [] Answer to Amended Complaint" of plaintiff Native Son, Inc. Native Son, Inc. asks this Court to strike docket entry 34, entitled "Amended Answer."

Native Son, Inc. ("Native Son") filed this action for breach of contract, fraud, and restitution on December 6, 2012. That complaint named Greg H. Slayton ("Slayton"), Delta Performance Marine, LLC ("Delta Performance") and Ocean Marine Engines, LLC ("OME") as defendants.

Thereafter, on July 18, 2013, Native Son filed an amended complaint. The amended complaint named Slayton, Delta Performance, and OME as defendants. It also added OME Sales, LLC ("OME Sales") and Delta Equipment International Sales Corp. ("Delta Equipment") as defendants.

On September 18, 2013, at docket entry 34, OME Sales filed something entitled an "amended answer." On examination of the document, the Court notes that it was submitted and signed by Slayton.

Local Rule of Civil Procedure 82.1 states that "[o]nly individuals who are parties in civil cases may represent themselves. All other non-attorneys are not permitted to represent a party before this Court. . . . All parties other than individuals must be represented by counsel." LRCi 82.1. OME Sales is not an individual. It is a corporation. As such, under LRCi 82.1, OME Sales must be represented by counsel. Slayton is not a member of this Court's bar. As such, he cannot act as OME Sales's counsel.

Native Son, Inc. v. Slayton et al.
Case: 3:12-cv-00093-CVG-RM Document #: 55 Filed: 05/30/14 Page 3 of 3
12-cv-93
Order
Page 3

The premises considered, it is hereby

**ORDERED** that Native Son's motion to strike the amended answer is **GRANTED**; and it is further

**ORDERED** that Docket Entry 34, entitled "Amended Answer," is **STRUCK**.

                                              S\_____
                                                **CURTIS V. GÓMEZ**
                                                **District Judge**